# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

|  |  |
| --- | --- |
| GENERAL DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Stanley A. Bastian**, Chief District Judge of the Eastern District of Washington, to temporarily perform the duties of United States District Judge on an as-needed basis for the **Western District of Washington**, beginning on January 1, 2026, and ending on December 31, 2026, and for such additional time required in advance to prepare or thereafter to complete unfinished business.

DATED this 10<u>th</u> day of D<u>ecember</u> 2025.

Mary H. Murguia
Chief Circuit Judge